IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason W. Erickson, | ) | Case No. 21-21368 JAD |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 57 |
| | ) | |
| Jason W. Erickson, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF AMENDED PLAN DATED SEPTEMBER 11, 2024

    I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 11, 2024

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                            Respectfully submitted,

September 11, 2024                              /s/ Kenneth Steidl
DATE                                                Kenneth Steidl, Esquire
                                                    Attorney for the Debtor(s)
                                                    STEIDL & STEINBERG
                                                    Suite 2830 – Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA  15219
                                                    (412) 391-8000
                                                    ken.steidl@steidl-steinberg.com
                                                    PA I.D. No. 34965

```
Label Matrix for local noticing          Ally Bank Lease Trust - Assignor to Vehicle   Ally Bank Lease Trust c/o AIS Portfolio Serv
0315-2                                   4515 N Santa Fe Ave. Dept. APS                4515 N Santa Fe Ave. Dept. APS
Case 21-21368-JAD                        Oklahoma City, OK 73118-7901                  Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Sep 11 15:34:54 EDT 2024

Ally Financial                           Barclays Bank Delaware                        Capital One
PO Box 380901                            PO Box 8803                                   PO Box 31293
Minneapolis, MN 55438-0901               Wilmington, DE 19899-8803                     Salt Lake City, UT 84131-0293


Capital One Bank (USA), N.A.             Denise Carlon                                 Citicards
by American InfoSource as agent          KML Law Group, P.C.                           5800 South Corporate Place
PO Box 71083                             701 Market Street                             Sioux Falls, SD 57108-5027
Charlotte, NC  28272-1083                Suite 5000
                                         Philadelphia, PA 19106-1541


William E. Craig                         Credit One Bank                               Jason W. Erickson
Eisenberg Gold & Agrawal, P.C.           PO Box 98872                                  2605 Sunset Drive
1040 Kings Highway North                 Las Vegas, NV 89193-8872                      West Mifflin, PA 15122-3564
Ste 200
Cherry Hill, NJ 08034-1925


Fedloan Servicing                        (p)MANLEY DEAS KOCHALSKI LLC                  Christopher M. Frye
PO Box 60610                             ATTN BANKRUPTCY DEPT                          Steidl & Steinberg
Harrisburg, PA 17106-0610                1555 LAKE SHORE DRIVE                         Suite 2830 Gulf Tower
                                         COLUMBUS OH 43204-3825                        707 Grant Street
                                                                                       Pittsburgh, PA 15219-1908


HYUNDAI CAPITAL AMERICA DBA KIA MOTORS FINAN   Mario J. Hanyon                         High Field Imaging
PO BOX 20825                             Brock & Scott, PLLC                           995 Greentree Road
FOUNTAIN VALLEY, CA 92728-0825           302 Fellowship Road                           Pittsburgh, PA 15220-3242
                                         Suite 130
                                         Mount Laurel, NJ 08054-1218


Hyundai Capital America d/b/a Kia Motors Fin   (p)JPMORGAN CHASE BANK  N A             JPMorgan Chase Bank, N.A.
P.O. Box 20825                           BANKRUPTCY MAIL INTAKE TEAM                   s/b/m/t Chase Bank USA, N.A.
Fountain Valley, CA 92728-0825           700 KANSAS LANE FLOOR 01                      c/o National Bankruptcy Services, LLC
                                         MONROE LA 71203-4774                          P.O. Box 9013
                                                                                       Addison, Texas 75001-9013


(p)JEFFERSON CAPITAL SYSTEMS LLC         Kia Motors Finance                            Kohl's
PO BOX 7999                              PO Box 650805                                 PO Box 3115
SAINT CLOUD MN 56302-7999                Dallas, TX 75265-0805                         Milwaukee, WI 53201-3115


Kohl's                                   LVNV Funding, LLC                             Kristen D. Little
Peritus Portfolio Services II, LLC       Resurgent Capital Services                    First American Law Group
PO BOX 141509                            PO Box 10587                                  1235 Westlakes Drive
IRVING, TX 75014-1509                    Greenville, SC 29603-0587                     Suite 400
                                                                                       Berwyn, PA 19312-2416


Michael F. Ratchford, Esquire            Midland Credit Management, Inc.               Mr. Cooper/Nationstar
Ratchford Law Group LLC                  PO Box 2037                                   PO Box 60516
54 Glenmaura National Boulevard          Warren, MI 48090-2037                         City of Industry, CA 91716-0516
Suite 104
Moosic, PA 18507-2161
```

```
Nationstar Mortgage LLC d/b/a Mr. Cooper    Nationstar Mortgage LLC d/b/a Mr. Cooper    Office of the United States Trustee
LOGS Legal Group                            P.O. Box 619096                             1000 Liberty Avenue
3600 Horizon Drive                          Dallas, TX 75261-9096                       Suite 1316
Ste. 150                                                                                Pittsburgh, PA 15222-4013
King of Prussia, PA 19406-4702

PRA Receivables Management, LLC             Parkview Community Federal Credit Union     Pennsylvania Department of Revenue
PO Box 41021                                2100 Eden Park Boulevard                    Bankruptcy Division
Norfolk, VA 23541-1021                      McKeesport, PA 15132-7621                   P.O. Box 280946
                                                                                        Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue               (p)PORTFOLIO RECOVERY ASSOCIATES LLC        SYNCB/Amazon
Department 280946                           PO BOX 41067                                PO Box 965015
P.O. Box 280946                             NORFOLK VA 23541-1067                       Orlando, FL 32896-5015
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

SYNCB/Paypal                                Synchrony Bank                              TD Bank/Target
PO Box 965005                               c/o of PRA Receivables Management, LLC      PO Box 1470
Orlando, FL 32896-5005                      PO Box 41021                                Minneapolis, MN 55440-1470
                                            Norfolk, VA 23541-1021

U.S. Department of Education                Ronda J. Winnecour
c/o FedLoan Servicing                       Suite 3250, USX Tower
P.O. Box 69184                              600 Grant Street
Harrisburg, PA 17106-9184                   Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Stephen Russell Franks                      JPMCB Card Services                         Jefferson Capital Systems LLC
Manley Deas Kochalski LLC                   PO Box 15369                                Po Box 7999
PO Box 165028                               Wilmington, DE 19850                        Saint Cloud MN 56302-9617
Columbus, OH 43216-5028

Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Ally Bank Lease Trust c/o AIS Portfolio Se    (u)Jason C. Dolby                       (u)Nationstar Mortgage LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901
```

**End of Label Matrix**
Mailable recipients    43
Bypassed recipients     3
Total                  46