IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason W. Erickson, | ) | Case No. 21-21368 JAD |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Document No. WO-1 |
| Jason W. Erickson, | ) | |
| Social Security No. XXX-XX-1021 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Living Independence for the Elderly and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 12, 2024, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Via ECF mail
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Jason W. Erickson
2605 Sunset Drive
West Mifflin, PA 15122

Living Independence for the Elderly
Attn: Payroll Dept.
875 Greentree Road Suite 200
Pittsburgh, PA 15220

Date of Service: September 12, 2024

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000