IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason W. Erickson, | ) | Case No. 21-21368 JAD |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Related Docket No. 75 |
| | ) | |
| Jason W. Erickson, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF AMENDED PLAN DATED FEBRUARY 7, 2025

I certify under penalty of perjury that I caused to be served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) February 7, 2025

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                                                                                             Respectfully submitted,

February 7, 2025                                                    /s/ Kenneth Steidl
DATE                                                                   Kenneth Steidl, Esquire
                                                                                     Attorney for the Debtor(s)
                                                                                     STEIDL & STEINBERG
                                                                                     Suite 2830 – Gulf Tower
                                                                                     707 Grant Street
                                                                                     Pittsburgh, PA  15219
                                                                                     (412) 391-8000
                                                                                     ken.steidl@steidl-steinberg.com
                                                                                     PA I.D. No. 34965

```
Label Matrix for local noticing            Ally Bank Lease Trust - Assignor to Vehicle   Ally Bank Lease Trust c/o AIS Portfolio Serv
0315-2                                     4515 N Santa Fe Ave. Dept. APS               4515 N Santa Fe Ave. Dept. APS
Case 21-21368-JAD                          Oklahoma City, OK 73118-7901                 Oklahoma City, OK 73118-7901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Fri Feb  7 14:15:25 EST 2025

Ally Financial                             Barclays Bank Delaware                       Capital One
PO Box 380901                              PO Box 8803                                  PO Box 31293
Minneapolis, MN 55438-0901                 Wilmington, DE 19899-8803                    Salt Lake City, UT 84131-0293


Capital One Bank (USA), N.A.               Denise Carlon                                Citicards
by American InfoSource as agent            KML Law Group, P.C.                          5800 South Corporate Place
PO Box 71083                               701 Market Street                            Sioux Falls, SD 57108-5027
Charlotte, NC  28272-1083                  Suite 5000
                                           Philadelphia, PA 19106-1541


William E. Craig                           Credit One Bank                              Jason W. Erickson
Eisenberg Gold & Agrawal, P.C.             PO Box 98872                                 2605 Sunset Drive
1040 Kings Highway North                   Las Vegas, NV 89193-8872                     West Mifflin, PA 15122-3564
Ste 200
Cherry Hill, NJ 08034-1925


Fedloan Servicing                          (p)MANLEY DEAS KOCHALSKI LLC                 Christopher M. Frye
PO Box 60610                               ATTN BANKRUPTCY DEPT                         Steidl & Steinberg
Harrisburg, PA 17106-0610                  1555 LAKE SHORE DRIVE                        Suite 2830 Gulf Tower
                                           COLUMBUS OH 43204-3825                       707 Grant Street
                                                                                        Pittsburgh, PA 15219-1908


HYUNDAI CAPITAL AMERICA DBA KIA MOTORS FINAN   Mario J. Hanyon                          High Field Imaging
PO BOX 20825                               Brock & Scott, PLLC                          995 Greentree Road
FOUNTAIN VALLEY, CA 92728-0825             302 Fellowship Road                          Pittsburgh, PA 15220-3242
                                           Suite 130
                                           Mount Laurel, NJ 08054-1218


Hyundai Capital America d/b/a Kia Motors Fin   (p)JPMORGAN CHASE BANK  N A              JPMorgan Chase Bank, N.A.
P.O. Box 20825                             BANKRUPTCY MAIL INTAKE TEAM                  s/b/m/t Chase Bank USA, N.A.
Fountain Valley, CA 92728-0825             700 KANSAS LANE FLOOR 01                     c/o National Bankruptcy Services, LLC
                                           MONROE LA 71203-4774                         P.O. Box 9013
                                                                                        Addison, Texas 75001-9013


(p)JEFFERSON CAPITAL SYSTEMS LLC           Kia Motors Finance                           Kohl's
PO BOX 7999                                PO Box 650805                                PO Box 3115
SAINT CLOUD MN 56302-7999                  Dallas, TX 75265-0805                        Milwaukee, WI 53201-3115


Kohl's                                     LVNV Funding, LLC                            Brent J. Lemon
Peritus Portfolio Services II, LLC         Resurgent Capital Services                   KML Law Group, P.C.
PO BOX 141509                              PO Box 10587                                 701 Market Street #
IRVING, TX 75014-1509                      Greenville, SC 29603-0587                    5000
                                                                                        Philadelphia, PA 19106-1541


Kristen D. Little                          Michael F. Ratchford, Esquire                Midland Credit Management, Inc.
First American Law Group                   Ratchford Law Group LLC                      PO Box 2037
1235 Westlakes Drive                       54 Glenmaura National Boulevard              Warren, MI 48090-2037
Suite 400                                  Suite 104
Berwyn, PA 19312-2416                      Moosic, PA 18507-2161
```

| | | |
|---|---|---|
| Mr. Cooper/Nationstar<br>PO Box 60516<br>City of Industry, CA 91716-0516 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>LOGS Legal Group<br>3600 Horizon Drive<br>Ste. 150<br>King of Prussia, PA 19406-4702 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Parkview Community Federal Credit Union<br>2100 Eden Park Boulevard<br>McKeesport, PA 15132-7621 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SYNCB/Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/Paypal<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TD Bank/Target<br>PO Box 1470<br>Minneapolis, MN 55440-1470 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Stephen Russell Franks<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 | JPMCB Card Services<br>PO Box 15369<br>Wilmington, DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Bank Lease Trust c/o AIS Portfolio Se<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)Jason C. Dolby | (u)Nationstar Mortgage LLC |

**End of Label Matrix**

Mailable recipients   44
Bypassed recipients    3
Total                 47