IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason W. Erickson, | ) | Case No. 21-21368 JAD |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Document No. WO-1 |
| Jason W. Erickson, | ) | |
| Social Security No. XXX-XX-1021 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Living Independence for the Elderly and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 12, 2025, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, unless otherwise noted, upon the following persons and parties:

Ronda J. Winnecour, Chapter 13 Trustee – Via ECF mail

Jason W. Erickson
2605 Sunset Drive
West Mifflin, PA 15122

Living Independence for the Elderly
Attn: Payroll Dept.
875 Greentree Road Suite 200
Pittsburgh, PA 15220

Date of Service: February 12, 2025          /s/ Christopher M. Frye
                                            Christopher M. Frye, Esquire
                                            Steidl & Steinberg, P.C.
                                            436 Seventh Avenue, Suite 322
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            PA ID 208402
                                            chris.frye@steidl-steinberg.com