FILED
2/14/25 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JASON W. ERICKSON, | : | Bankruptcy No. <u>21-21368 JAD</u> |
| | : | |
| | : | Related To Docs. 75 AND 57 |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

**ORDER**

**AND NOW,** this **14th** day of **February , 2025,** in light of the Amended Chapter 13 Plan Dated February 7, 2025, filed by the Debtor at Doc. #75

**IT IS HEREBY ORDERED THAT** the **Contested Hearing** scheduled for **February 18, 2025 is CANCELLED.**

_____ jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Court

00011139