N

FILED
2/14/25 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| JASON W. ERICKSON, | : | Bankruptcy No. 21-21368 JAD |
| | : | |
| | : | Related To Docs. 75 AND 57 |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |

**ORDER**

**AND NOW,** this **14th** day of **February**, **2025,** in light of the Amended Chapter 13 Plan Dated February 7, 2025, filed by the Debtor at Doc. #75

**IT IS HEREBY ORDERED THAT** the **Contested Hearing** scheduled for **February 18, 2025 is CANCELLED.**

_____ jsf
JEFFERY A. DELLER
U.S. Bankruptcy Court

00011139

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21368-JAD |
| Jason W. Erickson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 14, 2025 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason W. Erickson, 2605 Sunset Drive, West Mifflin, PA 15122-3564 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, LOGS Legal Group, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 15384081 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15384082 | + | High Field Imaging, 995 Greentree Road, Pittsburgh, PA 15220-3242 |
| 15384087 | + | Michael F. Ratchford, Esquire, Ratchford Law Group LLC, 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2025 23:46:57 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 14 2025 23:39:00 | Hyundai Capital America d/b/a Kia Motors Finance, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 23:47:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15402398 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 14 2025 23:46:36 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15384076 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 14 2025 23:39:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15384077 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 14 2025 23:39:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15384078 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 23:46:57 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15388866 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 23:46:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15384079 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 14 2025 23:46:57 | Citicards, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15384080 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 14 2025 23:47:08 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15389476 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 14 2025 23:39:00 | HYUNDAI CAPITAL AMERICA DBA KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 15395774 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 14 2025 23:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15384084 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 14 2025 23:46:36 | JPMCB Card Services, PO Box 15369, |

Case 21-21368-JAD   Doc 83   Filed 02/16/25   Entered 02/17/25 00:23:31   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wilmington, DE 19850 |
| 15390801 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 14 2025 23:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15384085 | ^ | MEBN | Feb 14 2025 23:32:53 | Kia Motors Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 15403504 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2025 23:39:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15384086 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 14 2025 23:39:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15396057 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 23:46:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15384087 | ^ | MEBN | Feb 14 2025 23:33:25 | Michael F. Ratchford, Esquire, Ratchford Law Group LLC, 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 15393100 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 23:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15384088 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 14 2025 23:39:00 | Mr. Cooper/Nationstar, PO Box 60516, City of Industry, CA 91716-0516 |
| 15402347 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 14 2025 23:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15403016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 14 2025 23:46:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15384089 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 14 2025 23:39:00 | Parkview Community Federal Credit Union, 2100 Eden Park Boulevard, McKeesport, PA 15132-7621 |
| 15384090 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 23:59:14 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15384091 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 23:46:38 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 15385271 | ^ | MEBN | Feb 14 2025 23:33:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15384092 | + | Email/Text: bncmail@w-legal.com | Feb 14 2025 23:39:00 | TD Bank/Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 15400858 | ^ | MEBN | Feb 14 2025 23:33:18 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC |
| 15384083 | | Jason C. Dolby |
| cr | *+ | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15390846 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15391484 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 21-21368-JAD    Doc 83    Filed 02/16/25    Entered 02/17/25 00:23:31    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: pdf900 | Total Noticed: 33 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Nationstar Mortgage LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Christopher M. Frye | on behalf of Debtor Jason W. Erickson chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| William E. Craig | on behalf of Creditor Hyundai Capital America d/b/a Kia Motors Finance wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9