**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JASON W. ERICKSON | Case No. 21-21368JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>PARKVIEW COMMUNITY FCU*++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE. WE BELIEVE THE CREDITOR MERGED WITH ANOTHER CREDIT UNION BUT NO TRANSFER OF CLAIM HAS BEEN FILED.

| | |
|---|---|
| PARKVIEW COMMUNITY FCU*++<br>2100 EDEN PARK BLVD*<br>MCKEESPORT, PA 15132 | Court claim# 1/Trustee CID# 14 |

The Movant further certifies that on 09/24/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>JASON W. ERICKSON, 2605 SUNSET DRIVE, WEST MIFFLIN, PA  15122 | ORIGINAL CREDITOR:<br>PARKVIEW COMMUNITY FCU*++, 2100 EDEN PARK BLVD*, MCKEESPORT, PA  15132 |
| :<br>CLEARVIEW FEDERAL CREDIT UNION  - FORMERLY PARKVIEW COMMUNITY FCU**, 8805 UNIVERSITY BLVD, MOON TOWNSHIP, PA  15108<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219 |