**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JASON W. ERICKSON | Case No.:21-21368 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/09/2021 and confirmed on 10/15/21 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 35,625.72 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,625.72 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,694.12 | |
| Trustee Fee | 1,703.09 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,397.21 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR ( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0643 | | | | |
| HYUNDAI CAPITAL AMERICA D/B/A KIA MC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9299 | | | | |
| * * * N O N E * * * | | | | |
| Priority | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON W. ERICKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 4,400.00 | 4,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG PC | 1,294.12 | 1,294.12 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4/26 | | | | |
| * * * N O N E * * * | | | | |
| Unsecured | | | | |
| US DEPARTMENT OF EDUCATION++ | 1,820.91 | 1,820.91 | 0.00 | 1,820.91 |
| Acct: 1021 | | | | |
| ALLY BANK LEASE TRUST(*) | 939.49 | 685.25 | 0.00 | 685.25 |
| Acct: 3448 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9633 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 10,607.71 | 7,737.16 | 0.00 | 7,737.16 |
| Acct: 1520 | | | | |
| LVNV FUNDING LLC | 3,414.87 | 2,490.77 | 0.00 | 2,490.77 |
| Acct: 6022 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 858.45 | 626.14 | 0.00 | 626.14 |
| Acct: 2978 | | | | |
| HIGH FIELD IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3947 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,973.29 | 1,439.30 | 0.00 | 1,439.30 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8267 | | | | |
| KOHLS | 996.33 | 726.71 | 0.00 | 726.71 |
| Acct: 1151 | | | | |
| CLEARVIEW FCU** | 429.32 | 313.14 | 0.00 | 313.14 |
| Acct: 7781 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,248.10 | 1,639.74 | 0.00 | 1,639.74 |
| Acct: 7365 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,641.59 | 1,926.75 | 0.00 | 1,926.75 |
| Acct: 4197 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2470 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 1,909.87 | 1,393.04 | 0.00 | 1,393.04 |
| Acct: 8195 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 4,590.37 | 3,348.17 | 0.00 | 3,348.17 |
| Acct: 7227 | | | | |
| LVNV FUNDING LLC | 4,816.61 | 3,513.19 | 0.00 | 3,513.19 |
| Acct: 5110 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 779.06 | 568.24 | 0.00 | 568.24 |
| Acct: 0528 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4197 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JASON DOLBY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL F RATCHFORD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 28,228.51 |

TOTAL PAID TO CREDITORS 28,228.51

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 38,025.97 |

Date: 09/25/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JASON W. ERICKSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-21368 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this ______________day of _________________, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

______________________________
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jason W. Erickson
Debtor

Case No. 21-21368-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Oct 02, 2026 Form ID: pdf900 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason W. Erickson, 2605 Sunset Drive, West Mifflin, PA 15122-3564 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, LOGS Legal Group, 3600 Horizon Drive, Ste. 150, King of Prussia, PA 19406-4702 |
| 15384081 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15384082 | + | High Field Imaging, 995 Greentree Road, Pittsburgh, PA 15220-3242 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2026 02:05:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 03 2026 01:47:00 | Hyundai Capital America d/b/a Kia Motors Finance, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 01:54:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15402398 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2026 01:54:31 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15384076 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 03 2026 01:46:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15384077 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 03 2026 01:47:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15384078 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2026 01:54:44 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15388866 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2026 01:54:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15384079 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2026 02:05:11 | Citicards, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 16609624 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 03 2026 01:47:00 | Clearview Federal Credit Union, 8805 University Blvd, Moon Twp, PA 15108-4212 |
| 15384080 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 03 2026 01:54:01 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 15389476 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 03 2026 01:47:00 | HYUNDAI CAPITAL AMERICA DBA KIA MOTORS FINANCE, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 15395774 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 03 2026 01:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

| | | | | |
|---|---|---|---|---|
| 15384084 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2026 01:54:28 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15390801 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 03 2026 01:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15384085 | ^ | MEBN | Oct 03 2026 01:45:04 | Kia Motors Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 15403504 | ^ | MEBN | Oct 03 2026 01:45:29 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15384086 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2026 01:54:45 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15396057 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2026 01:54:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15384087 | ^ | MEBN | Oct 03 2026 01:45:00 | Michael F. Ratchford, Esquire, Ratchford Law Group LLC, 54 Glenmaura National Boulevard, Suite 104, Moosic, PA 18507-2161 |
| 15393100 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2026 01:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15384088 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2026 01:47:00 | Mr. Cooper/Nationstar, PO Box 60516, City of Industry, CA 91716-0516 |
| 15402347 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2026 01:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15403016 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 01:54:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15384089 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 03 2026 01:47:00 | Parkview Community Federal Credit Union, 2100 Eden Park Boulevard, McKeesport, PA 15132-7621 |
| 15384090 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:25 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15384091 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2026 01:54:43 | SYNCB/Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 15385271 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2026 02:05:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15384092 | + | Email/Text: bncmail@w-legal.com | Oct 03 2026 01:47:00 | TD Bank/Target, PO Box 1470, Minneapolis, MN 55440-1470 |
| 15400858 | ^ | MEBN | Oct 03 2026 01:45:18 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Clearview Federal Credit Union |
| cr | | Nationstar Mortgage LLC |
| cr | | Nationstar Mortgage LLC |
| 15384083 | | Jason C. Dolby |
| cr | *+ | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15390846 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15391484 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Christopher M. Frye | on behalf of Debtor Jason W. Erickson chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;Frye.ChrisB104904@notify.bestcase.com;ken.steidl@steidl-steinberg.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Roy William Arnold | on behalf of Creditor Clearview Federal Credit Union roy.arnold@blankrome.com jworker@blankrome.com;roy-arnold-9833@ecf.pacerpro.com;cristy.christopher@blankrome.com |
| William E. Craig | on behalf of Creditor Hyundai Capital America d/b/a Kia Motors Finance wcraig@egalawfirm.com alapinski@egalawfirm.com |

TOTAL: 9