**Fill in this information to identify the case:**

Debtor 1 Jason W. Erickson

Debtor 2 (Spouse, if filing) ____________________

United States Bankruptcy Court for the: WESTERN District of PENNSYLVANIA (State)

Case number 21-21368-JAD

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Court claim no.** (if known): 12

**Name of claim holder:** Rocket Mortgage, LLC

**Last 4 digits** of any number you use to identify the debtor's account: ******0643

**Property address:** 2605 Sunset Dr
Number Street

West Mifflin PA 15122
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 44.56.

*Check all that apply:*

- [x] The amount required to cure any prepetition arrearage has been paid in full.
- [ ] The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ __________.
- [ ] The amount required to cure any postpetition arrearage has been paid in full.
- [x] The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ 3,144.64.

7/1/2026 - 10/1/26 4 x $795.94 = $3183.76
Suspense -$39.12
TOTAL $3,144.64

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: 07/01/2026.

☒ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 10/06/2026 |
| ii. Date next postpetition payment from the debtor is due: | 07/01/2026 |
| iii. Amount of the next postpetition payment that is due: | $ 795.94 |
| iv. Unpaid principal balance of the loan: | $ 71,868.94 |
| v. Additional amounts due for any deferred or accrued interest: | $ 1,490.13 |
| vi. Balance of the escrow account: | $ 0.00 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 39.12 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 484.38 escrow advance |

* Payoff figures as of 10/22/2026

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ */s/ Eric VandeLinde* Date 10/23/2026

Signature

Name Eric VandeLinde

First name Middle name Last name

Title Agent for Creditor

Company Aldridge Pite, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700

Number Street

Atlanta GA 30305

City State ZIP Code

Contact phone (404 ) 994-7400 Email EVandeLinde@aldridgepite.co

| | |
|---|---|
| **Loan Number** | [redacted] |
| **Debtor** | Jason W. Erickson |
| **BK filed date** | 6/9/2021 |
| **BK Case #** | 21-21368 |
| **Post Next Due** | **07/01/26** |
| **Suspense** | $39.12 |

| **Filed POC - First Post Payment** | | **7/1/2021** | $ 786.25 |
|---|---|---|---|
| **Payment Changes** | **Filed Date** | **Effective Date** | **Amount** |
| Escrow | 5/12/2022 | 7/1/2022 | $ 794.48 |
| Escrow | 5/11/2023 | 7/1/2023 | $ 805.90 |
| Escrow | 5/15/2024 | 7/1/2024 | $ 817.54 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

| | **Amount Due** | **Date** | **Suspense** |
|---|---|---|---|
| **Next Due** | $ 795.94 | 7/1/2026 | $ 39.12 |

| Date Received | Amount Received | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|
| | | | | | |
| -- | $ - | | $ - | | $ - |
| -- | $ - | | $ - | | $ - |
| 7/2/2021 | $ 786.25 | | $ - | | $ 786.25 |
| 7/6/2021 | $ - | | $ 786.25 | 7/1/2021 | $ - |
| 8/10/2021 | $ 786.25 | | $ - | | $ 786.25 |
| 8/12/2021 | $ - | | $ 786.25 | 8/1/2021 | $ - |
| 9/2/2021 | $ 786.25 | | $ - | | $ 786.25 |
| 9/3/2021 | $ - | | $ 786.25 | 9/1/2021 | $ - |
| 10/4/2021 | $ 786.25 | | $ - | | $ 786.25 |
| 10/5/2021 | $ - | | $ 786.25 | 10/1/2021 | $ - |
| 11/1/2021 | $ 786.25 | | $ - | | $ 786.25 |
| 11/2/2021 | $ - | | $ 786.25 | 11/1/2021 | $ - |
| 11/30/2021 | $ 786.25 | | $ - | | $ 786.25 |
| 12/1/2021 | $ - | | $ 786.25 | 12/1/2021 | $ - |
| 1/11/2022 | $ 786.25 | | $ - | | $ 786.25 |
| 1/12/2022 | $ - | | $ 786.25 | 1/1/2022 | $ - |
| 2/2/2022 | $ 786.25 | | $ - | | $ 786.25 |
| 2/3/2022 | $ - | | $ 786.25 | 2/1/2022 | $ - |
| 3/8/2022 | $ 787.00 | | $ - | | $ 787.00 |
| 3/9/2022 | $ - | | $ 786.25 | 3/1/2022 | $ 0.75 |
| 3/31/2022 | $ 786.00 | | $ - | | $ 786.75 |
| 4/1/2022 | $ - | | $ 786.25 | 4/1/2022 | $ 0.50 |
| 5/19/2022 | $ 790.00 | | $ - | | $ 790.50 |

| | | | | | |
|---|---|---|---|---|---|
| 5/20/2022 | $ - | | $ 786.25 | 5/1/2022 | $ 4.25 |
| 6/6/2022 | $ 787.00 | | $ - | | $ 791.25 |
| 6/7/2022 | $ - | | $ 786.25 | 6/1/2022 | $ 5.00 |
| 7/12/2022 | $ 790.00 | | $ - | | $ 795.00 |
| 7/13/2022 | $ - | | $ 794.48 | 7/1/2022 | $ 0.52 |
| 8/16/2022 | $ 790.00 | | $ - | | $ 790.52 |
| 9/12/2022 | $ 798.44 | | $ - | | $ 1,588.96 |
| 9/13/2022 | $ - | | $ 794.48 | 8/1/2022 | $ 794.48 |
| 9/13/2022 | $ - | | $ 794.48 | 9/1/2022 | $ - |
| 10/12/2022 | $ 795.00 | | $ - | | $ 795.00 |
| 10/13/2022 | $ - | | $ 794.48 | 10/1/2022 | $ 0.52 |
| 11/18/2022 | $ 800.00 | | $ - | | $ 800.52 |
| 11/21/2022 | $ - | | $ 794.48 | 11/1/2022 | $ 6.04 |
| 12/27/2022 | $ 789.00 | | $ - | | $ 795.04 |
| 12/28/2022 | $ - | | $ 794.48 | 12/1/2022 | $ 0.56 |
| 1/20/2023 | $ 800.00 | | $ - | | $ 800.56 |
| 1/23/2023 | $ - | | $ 794.48 | 1/1/2023 | $ 6.08 |
| 2/15/2023 | $ 800.00 | | $ - | | $ 806.08 |
| 2/16/2023 | $ - | | $ 794.48 | 2/1/2023 | $ 11.60 |
| 3/16/2023 | $ 782.88 | | $ - | | $ 794.48 |
| 3/17/2023 | $ - | | $ 794.48 | 3/1/2023 | $ - |
| 5/9/2023 | $ 795.00 | | $ - | | $ 795.00 |
| 5/10/2023 | $ - | | $ 794.48 | 4/1/2023 | $ 0.52 |
| 6/6/2023 | $ 800.00 | | $ - | | $ 800.52 |
| 6/7/2023 | $ - | | $ 794.48 | 5/1/2023 | $ 6.04 |
| 7/6/2023 | $ 800.00 | | $ - | | $ 806.04 |
| 7/7/2023 | $ - | | $ 794.48 | 6/1/2023 | $ 11.56 |
| 8/8/2023 | $ 810.00 | | $ - | | $ 821.56 |
| 8/9/2023 | $ - | | $ 805.90 | 7/1/2023 | $ 15.66 |
| 8/31/2023 | $ 810.00 | | $ - | | $ 825.66 |
| 9/1/2023 | $ - | | $ 805.90 | 8/1/2023 | $ 19.76 |
| 10/11/2023 | $ 810.00 | | $ - | | $ 829.76 |
| 10/12/2023 | $ - | | $ 805.90 | 9/1/2023 | $ 23.86 |
| 11/10/2023 | $ 810.00 | | $ - | | $ 833.86 |
| 11/13/2023 | $ - | | $ 805.90 | 10/1/2023 | $ 27.96 |
| 12/5/2023 | $ 810.00 | | $ - | | $ 837.96 |
| 12/6/2023 | $ - | | $ 805.90 | 11/1/2023 | $ 32.06 |
| 1/16/2024 | $ 810.00 | | $ - | | $ 842.06 |
| 1/25/2024 | $ - | | $ 805.90 | 12/1/2023 | $ 36.16 |
| 2/21/2024 | $ 810.00 | | $ - | | $ 846.16 |
| 2/22/2024 | $ - | | $ 805.90 | 1/1/2024 | $ 40.26 |
| 3/12/2024 | $ 300.00 | | $ - | | $ 340.26 |
| 3/26/2024 | $ 510.00 | | $ - | | $ 850.26 |
| 3/27/2024 | $ - | | $ 805.90 | 2/1/2024 | $ 44.36 |
| 5/7/2024 | $ 900.00 | | $ - | | $ 944.36 |
| 5/8/2024 | $ - | | $ 805.90 | 3/1/2024 | $ 138.46 |
| 6/5/2024 | $ 900.00 | | $ - | | $ 1,038.46 |
| 6/6/2024 | $ - | | $ 805.90 | 4/1/2024 | $ 232.56 |
| 7/2/2024 | $ 850.00 | | $ - | | $ 1,082.56 |
| 7/2/2024 | $ - | | $ 805.90 | 5/1/2024 | $ 276.66 |
| 8/8/2024 | $ 1,500.00 | | $ - | | $ 1,776.66 |
| 8/9/2024 | $ - | | $ 805.90 | 6/1/2024 | $ 970.76 |

| | | | | | |
|---|---|---|---|---|---|
| 8/9/2024 | $ - | | $ 817.54 | 7/1/2024 | $ 153.22 |
| 9/10/2024 | $ 1,000.00 | | $ - | | $ 1,153.22 |
| 9/11/2024 | $ - | | $ 817.54 | 8/1/2024 | $ 335.68 |
| 10/29/2024 | $ 1,000.00 | | $ - | | $ 1,335.68 |
| 10/30/2024 | $ - | | $ 817.54 | 9/1/2024 | $ 518.14 |
| 11/8/2024 | $ 1,000.00 | | $ - | | $ 1,518.14 |
| 11/11/2024 | $ - | | $ 817.54 | 10/1/2024 | $ 700.60 |
| 11/18/2024 | $ 1,000.00 | | $ - | | $ 1,700.60 |
| 11/19/2024 | $ - | | $ 817.54 | 11/1/2024 | $ 883.06 |
| 11/19/2024 | $ - | | $ 817.54 | 12/1/2024 | $ 65.52 |
| 12/4/2024 | $ 850.00 | | $ - | | $ 915.52 |
| 12/5/2024 | $ - | | $ 817.54 | 1/1/2025 | $ 97.98 |
| 12/18/2024 | $ - | | $ 97.98 | $ - | $ (0.00) |
| 1/3/2025 | $ 817.54 | | $ 817.54 | 2/1/2025 | $ (0.00) |
| 1/3/2025 | $ 32.46 | | $ 32.46 | $ - | $ (0.00) |
| 3/7/2025 | $ 817.54 | | $ 817.54 | 3/1/2025 | $ (0.00) |
| 5/9/2025 | $ 817.54 | | $ 817.54 | 4/1/2025 | $ (0.00) |
| 6/24/2025 | $ 817.54 | | $ 817.54 | 5/1/2025 | $ (0.00) |
| 8/18/2025 | $ 817.54 | | $ 817.54 | 6/1/2025 | $ (0.00) |
| 8/18/2025 | $ 786.79 | | $ 786.79 | 7/1/2025 | $ (0.00) |
| 9/16/2025 | $ 786.79 | | $ 786.79 | 8/1/2025 | $ (0.00) |
| 10/10/2025 | $ 786.79 | | $ 786.79 | 9/1/2025 | $ (0.00) |
| 11/7/2025 | $ 786.79 | | $ 786.79 | 10/1/2025 | $ (0.00) |
| 12/8/2025 | $ 786.79 | | $ 786.79 | 11/1/2025 | $ (0.00) |
| 1/20/2026 | $ 795.94 | | $ 795.94 | 12/1/2025 | $ (0.00) |
| 2/2/2026 | $ 795.94 | | $ 795.94 | 1/1/2026 | $ (0.00) |
| 3/13/2026 | $ 795.94 | | $ 795.94 | 2/1/2026 | $ (0.00) |
| 3/30/2026 | $ 795.94 | | $ 795.94 | 3/1/2026 | $ (0.00) |
| 5/8/2026 | $ 795.94 | | $ 795.94 | 4/1/2026 | $ (0.00) |
| 5/8/2026 | $ 4.06 | | $ - | | $ 4.06 |
| 9/2/2026 | $ 813.47 | | $ - | | $ 817.53 |
| 9/2/2026 | $ - | | $ 795.94 | 5/1/2026 | $ 21.59 |
| 10/6/2026 | $ 813.47 | | $ - | | $ 835.06 |
| 10/6/2026 | $ - | | $ 795.94 | 6/1/2026 | $ 39.12 |
| -- | $ - | | $ - | | $ 39.12 |
| -- | $ - | | $ - | | $ 39.12 |
| -- | $ - | | $ - | | $ 39.12 |
| -- | $ - | | $ - | | $ 39.12 |
| -- | $ - | | $ - | | $ 39.12 |
| -- | $ - | | $ - | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |
| | | | | | $ 39.12 |

[redacted]

Payoff Quote Include/Omit Items

10/22/26 10:01:46 ADD

Loan Number [redacted] PO Dt 10/27/26 Int Paid To 6/01/26

Inv# EBB Loan Type 01 Sub Code 00 Next Due Dt 7/01/26 Int Rate 5.125

Prin Bal 71,868.94 Per Diem Int 10.09 Int Calcs 1,490.13

Optional Items to I-Include or O-Omit: Plan Number 00002

| | | | | | |
|---|---|---|---|---|---|
| I | Escrow Balance | .00 | O | Total Late Charges | .00 |
| | Interest on Escrow | .00 | I | Total NSF Charges | .00 |
| I | Escrow Advance | 484.38 | O | Optional Ins Payment | .00 |
| I | Misc Suspense Bal | .00 | O | Prepayment Penalty | .00 |
| I | Forbearance Bal | 39.12 | O | Mortgage Ins Premium | 49.45 |
| O | Subsidy | .00 | O | Other Fees Due | .00 |
| O | Hazard Suspense Bal | .00 | O | Rebate Points Financed | 0000000 |
| | Int on Hazard Loss | .00 | I | Deferred Principal | .00 |
| O | Inv. Advance | .00 | O | Recording Fee | 0000000000000 |
| I | Corp Advance Bal | .00 | O | Quote fee | 0000000000000 |
| O | Corp Expense Bal | .00 | O | Oth2 COUNTY RECORDING FEE | 0000000020000 |
| O | Default Int Due | .00 | O | Oth1 ANTICIPATED FEE | 0000000000000 + |
| I | Deferred Int | .00 | O | MBS Liq Difference | 38.24 |
| O | Prepaid Ins Rebate | .00 | | | |
| O | Partial Claims | .00 | | | |

Accept Quote - Y/N N PO Amt 73,804.33

F11=Corp Adv F12=Return F13=Opt Ins F14=Corp Expense F24=More keys

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: October 26, 2026

| | |
|---|---|
| Chapter 13 Trustee: | Ronda J. Winnecour |
| Trustee Address: | Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| Trustee Email: | cmecf@chapter13trusteewdpa.com |
| | |
| Debtor's Counsel Name: | Christopher M. Frye |
| Debtor's Counsel Address: | Steidl & Steinberg, P.C.<br>436 7th Ave.<br>Koppers Building<br>Suite 322<br>Pittsburgh, PA 15219 |
| Debtor's Counsel Email: | chris.frye@steidl-steinberg.com |
| | |
| Debtor 1 Name: | Jason W. Erickson |
| Debtor's Mailing Address: | 2605 Sunset Drive<br>West Mifflin, PA 15122 |

/s/ Cecilia Metcalf